**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JENNIFER CHAMMORRO,<br><br>    Defendant. | Case No.  5:26-po-00003-CDB<br><br>CVB Violation E2091083/ CA14<br><br>ORDER TO REFUND OVERPAYMENT<br><br>(Doc. 5) |

Defendant, Jennifer Chammorro, was issued Violation Notice E2091083 with a total collateral due of $230.00.  As a result of Defendant's failure to appear on February 3, 2026, the Court issued an arrest warrant and a failure to appear fine in the amount of $100.00 for a total collateral due of $330.00.  On February 28, 2026, Defendant overpaid the fine amount by remitting payment for $830.00, and the Court accepted the $830.00 as payment in full, recalled the arrest warrant, and closed the case.

Accordingly, the Court ORDERS that a refund be issued to Defendant Jennifer Chammorro in the amount of $500.00.

IT IS SO ORDERED.

Dated:    **March 4, 2026**                        _____
                                                        UNITED STATES MAGISTRATE JUDGE